UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALLEN RYTLEWSKI,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 1:22-cv-379

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

Plaintiff Robert Allen Rytlewski, proceeding pro se, initiated this action against Defendant United States in state court. The United States removed the action to this Court and filed a motion to dismiss, which was unopposed. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court grant the motion and dismiss this case for lack of subject-matter jurisdiction. The matter is presently before the Court on Plaintiff's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court has performed de novo consideration of the portion of the Report and Recommendation to which objection has been made. Plaintiff's objection demonstrates his disagreement with the Magistrate Judge's conclusion but no factual or legal error in the Magistrate Judge's analysis. Accordingly, this Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will also be entered. See Fed. R. Civ. P. 58.

Therefore:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 17) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 11) is GRANTED for the reasons stated in the Report and Recommendation.

Dated:  March 3, 2023                                    /s/ Jane M. Beckering
                                                                      JANE M. BECKERING
                                                                      United States District Judge